UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>CHANDRA LEIGH DVORSCHOCK,<br><br>    Defendant. | Case No. 05-cv-4133-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon the government's notice of dismissal and the Court having found that the government has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the United States of America against Chandra Leigh Dvorshchock, in this case, are **DISMISSED without prejudice**.

**DATE: December 13, 2006**

                                                **NORBERT G. JAWORSKI, CLERK**

                                                **By/s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**